IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA RODRIGUEZ, ) | 1: 05 CV 01196 REC DLB |
| ) | |
| Plaintiff(s), ) | ORDER OF TRANSFERRING and |
| ) | REASSIGNMENT |
| v. ) | L. R. 3-120(d) |
| ) | |
| LIFE INVESTORS INSURANCE ) | |
| COMPANY OF AMERICA, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This action was originally filed in the California Superior Court, San Joaquin County. On September 20, 2005 Defendant filed a notice of removal to this Court. The parties agree that proper venue for this action lies in the Sacramento division of this Court pursuant to Local Rule 3-120(b).

Accordingly IT IS HEREBY ORDERED that this action be transferred to the Sacramento division and randomly reassigned to a District Judge and Magistrate Judge sitting in that court.

IT IS SO ORDERED.

**Dated: January 5, 2006**              **/s/ Dennis L. Beck**
3b142a                                                UNITED STATES MAGISTRATE JUDGE

1