UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THELMA RODRIGUEZ,

        Plaintiff,

   v.

HARTFORD LIFE INSURANCE COMPANY, and DOES 1-50,

        Defendants.
_____/

CASE NO. CIV-2:05-1985 WBS JFM

ORDER

THELMA RODRIGUEZ,

        Plaintiff,

   v.

LIFE INVESTORS INSURANCE COMPANY OF AMERICA,

        Defendants.
_____/

CASE NO. CIV 2:06-0045 DFL JFM

       The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases filed on January 31, 2006.  See Local Rule 83-123.  The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This order is issued for

1  informational purposes only, and shall have no effect on the
2  status of the cases, including any previous Related (or Non-
3  Related) Case Order of this court.
4        IT IS SO ORDERED.
5  DATED: February 3, 2006

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE