MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. CA 066585)
S. NANCY WHANG (Bar No. CA 211389)
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for Defendant
LIFE INVESTORS INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA RODRIGUEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>LIFE INVESTORS INSURANCE COMPANY OF AMERICA, and DOES 1 to 50,<br><br>        Defendants. | Case No.  2:06 CV 00045 DFL JFM<br><br>STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE |

TO THE HONORABLE DAVID F. LEVI, U.S. DISTRICT JUDGE:

   IT IS HEREBY STIPULATED by and between Plaintiff Thelma Rodriguez and Defendant Life Investors Insurance Company of America, through their respective counsel of record, that the entire above-entitled action be dismissed with prejudice

///

///

///

///

///

///

40987916.1

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: April 11, 2006

Respectfully submitted,
MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY
S. NANCY WHANG

By: s/ S. Nancy Whang
S. NANCY WHANG
Attorneys for Defendant
LIFE INVESTORS INSURANCE COMPANY OF AMERICA

Dated: April 11, 2006

Respectfully submitted,
NILAND & NILAND
EDWARD L. NILAND

By: s/ Edward L. Niland
EDWARD L. NILAND
Attorneys for Plaintiff THELMA RODRIGUEZ

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, S. Nancy Whang hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

IT IS SO ORDERED.

Dated: April 21, 2006

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE